ACCEPTED
15-24-00057-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 2:59 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00057-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 2:59:50 PM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth Court of Appeals
## Austin, Texas

TARLETON STATE UNIVERSITY,
*Appellant and Cross-Appellee,*

v.

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,
*Appellee and Cross-Appellant.*

On Appeal From Cause No. CV37178
In the 266th Judicial District Court of Erath County, Texas,
Honorable Jason Cashon, Presiding Judge

## APPELLANT'S MOTION TO WITHDRAW AND SUBSITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Alyssa Bixby-Lawson moves for leave to withdraw as counsel for Appellant, Tarleton State University in the above-captioned case on the grounds that she is leaving her employment with the Office of the Attorney General and will no longer be representing Appellant. Kimberly Gdula, Division Chief in the General Litigation Division, has subsequently been assigned to represent Appellant in this appeal. Ms. Gdula is a member of the State Bar of Texas and is in good standing.

Ms. Gdula's contact information is as follows:

**KIMBERLY GDULA**
Texas Bar No. 24052209
Assistant Attorney General
General Litigation Division
Office of the Attorney General

P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (512) 475-4071
Fax: (512) 302-0667
Kimberly.Gdula@oag.texas.gov

Appellant respectfully request that the Court remove Ms. Bixby-Lawson as counsel of record and attorney-in-charge for this appeal. The undersigned has conferred with counsel for Appellees, who indicated they are unopposed to the withdrawal of Ms. Bixby-Lawson and substitution of Ms. Gdula as counsel in charge of Petitioner.

<b>PRAYER</b>

Appellant requests that Ms. Gdula be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Ms. Bixby-Lawson be removed as counsel of record.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Texas Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov

*/s/ Kimberly Gdula*

2

**Kimberly Gdula**
Texas Bar No. 24052209
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4071
Fax: (512) 320-0667
Kimberly.Gdula@oag.texas.gov

COUNSEL FOR APPELLANT

**CERTIFICATE OF CONFERENCE**

I certify that on April 24, 2025, I conferred with opposing counsel, and they are unopposed to this motion.

*/s/Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 100056502
Filing Code Description: Motion
Filing Description: 20250424_MTW and Sub
Status as of 4/24/2025 4:07 PM CST

Associated Case Party: Member of the Public (MOTP)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang Hirczy de Mino | | wphdmphd@gmail.com | 4/24/2025 2:59:50 PM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 4/24/2025 2:59:50 PM | SENT |

Associated Case Party: TARLETON STATE UNIVERSITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 2:59:50 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 2:59:50 PM | SENT |

Associated Case Party: FIRE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabriel Walters | | gabe.walters@thefire.org | 4/24/2025 2:59:50 PM | SENT |
| JT Morris | | jt.morris@thefire.org | 4/24/2025 2:59:50 PM | SENT |